AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

Charles V. Ryan IV on behalf of himself
and on behalf of others similarly situated

V.

Robert J. Garvey, and Patrick J. Cahillane

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 - 30017 - MAP**

TO: (Name and address of Defendant)

Patrick J. Cahillane
Deputy Superintendent
Hampshire Jail and House of Correction
205 Rocky Hill Road
Northampton, MA 01060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard Friedman
Myong J. Joun
Jennifer L. Bills
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                          1/21/05

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Massachusetts
### Docket/Case No: 0530017MAP

I hereby certify and return that today, February 3, 2005, at 3:17 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Patrick J. Cahillane, Deputy Superintendant, by giving in hand to Raymond T. Diemand, Captain and Shift Supervisor, who acknowledged he was authorized to accept service. Said service was effected at: Hampshire County Jail and House of Correction, 205 Rocky Hill Road, Northampton, MA 01061.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on February 3, 2005.



_____
**Scott D. Goodkowsky**, Process Server
& Disinterested Person over Age 18.    Total Fees: $35.00
**CONSTABLES' OFFICE**
6 Center Street
Chicopee, MA, 01013-2601
(413) 592-8100 , (413) 592-3700 Fax

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|--------|----------|-------------|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
               Date                                Signature of Server


                                        _____
                                                 Address of Server


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.