UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-CV-30017-MAP

|  |  |
|---|---|
| CHARLES V. RYAN IV on behalf of himself and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ROBERT J. GARVEY and PATRICK J. CAHILLANE, in their individual capacities, | ) ) ) |
| Defendants. | ) ) ) |

**ENTRY OF APPEARANCE**

    Timothy M. Jones, Assistant Attorney General for the Commonwealth of Massachusetts, hereby enters an appearance on behalf of the named defendants.

                          **ROBERT J. GARVEY AND**
                          **PATRICK J. CAHILLANE,**
                          **THOMAS F. REILLY**
                          **ATTORNEY GENERAL**

            By:  /s/ Timothy M. Jones
                  Timothy M. Jones
                  Assistant Attorney General
                  Western Massachusetts Division
                  1350 Main Street, 4th Floor
                  Springfield, MA 01103
                  (413)784-1240 ext. 105
                  (413)784-1244 - Fax
                  BBO#618656

CERTIFICATE OF SERVICE

    I, Timothy M. Jones, hereby certify that on February 18, 2005, I served a copy of the foregoing **ENTRY OF APPEARANCE** by First-Class Mail, postage prepaid, upon the following counsel of record:

Howard Friedman
Jennifer Bills
Myong J. Joun
Attorneys at Law
Law Office of Howard Friedman P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022

                                                    _____
                                                    Timothy M. Jones