UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES V. RYAN IV, on behalf of himself and on behalf of others similarly situated, Plaintiffs<br><br>v.<br><br>ROBERT J. GARVEY, and PATRICK J. CAHILLANE in their individual capacities, Defendants | Civil Action No. 05-30017-MAP |

### L.R. 16.1(D)(3) CERTIFICATE

I, Charles V. Ryan, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above litigation. In addition we have conferred regarding resolution of this case through alternative dispute resolution.

Date: 4-20-05

*Charles V. Ryan*
Charles V. Ryan
Mass. B.B.O.# 556835

I, Howard Friedman, hereby certify that I have complied with the requirements of L.R. 16.1 (D)(3).

*Howard Friedman*
Howard Friedman