UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30017-MAP

CHARLES V. RYAN IV on behalf of )
himself and behalf of others similarly )
situated, )
      Plaintiffs, )
)
v. )
)
ROBERT J. GARVEY and PATRICK J. )
CAHILLANE in their individual capacities, )
)
      Defendants. )
)

**DEFENDANTS' LR 16.1(D)(3) CERTIFICATION**

The Attorney General, on behalf of the defendants, submits this LR 16.1(D)(3) certification.

The undersigned hereby certify that they have conferred as required by Local Rule 16.1(D)(3) and have:

(a) discussed and established a budget for conducting the full course and alternative courses of litigation in the above entitled action; and

(b) considered the resolution of this matter through the use of alternative dispute resolution programs and mediation.

1

THE DEFENDANTS
By their attorney,
THOMAS F. REILLY
ATTORNEY GENERAL

By: _____
Timothy M. Jones, BBO No. 618656
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103
(413)784-1240 (x 105); Fax: 784-1244

_____
Robert J. Garvey, Sheriff
Hampshire Jail and House of Correction

_____
Patrick J. Cahillane,
Deputy Superintendent
Hampshire Jail and House of Correction

Date: May 19, 2005

2

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify that on June 1, 2005, I served a copy of the foregoing ***DEFENDANTS' LR 16.1(D)(3) CERTIFICATION*** by First-Class Mail, postage prepaid, upon the following counsels of record:

Howard Friedman
Jennifer Bills
Myong J. Joun
Attorneys at Law
Law Office of Howard Friedman P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022

_____
Timothy M. Jones