UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30017-MAP

CHARLES V. RYAN IV on behalf of )
himself and behalf of others similarly )
situated, )
      Plaintiffs, )
)
v. )
)
ROBERT J. GARVEY and PATRICK J. )
CAHILLANE in their individual capacities, )
)
      Defendants. )

## ORDER

The defendant Commonwealth of Massachusetts' ASSENTED TO MOTION FOR AN ORDER GRANTING ACCESS TO AND LEAVE TO DISCLOSE CRIMINAL OFFENDER RECORD AND OTHER INFORMATION and the attached affidavit of Timothy M. Jones, Assistant Attorney General, having come before the Court for consideration, it is hereby ORDERED:

1. That state and local law enforcement agencies may release to the Attorney General Criminal Offender Record Information ("CORI"), evaluative and intelligence information that may be relevant to or pertaining to Charles V. Ryan, IV (DOB:    /54), and other individuals related to the case, to plaintiff's incarceration or to his offenses, as may be necessary for the preparation, trial or appeal of this case.

2. The Office of the Attorney General will access, use or disclose such information as

described in paragraph 1 of this Order only as authorized by the Court or the Criminal History Systems Board.

3. This Court may issue protective orders concerning the use or disclosure of this CORI and other information in particular circumstances. Issues concerning privileges in this information may also be brought to this Court's attention.

Date: June 6, 2005

~~Judge Michael A. Ponser~~
KENNETH P. NEIMAN
MAGISTRATE JUDGE