UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES V. RYAN IV, on behalf of )
himself and on behalf of others )
similarly situated, )
                    Plaintiff )
                     )
      v. )    Civil Action No. 05-30017-MAP
                     )
                     )
ROBERT J. GARVEY, and PATRICK J. )
CAHILLANE in their individual capacities)
                  Defendants )

## SCHEDULING ORDER
June 9, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All class discovery shall be completed by October 28, 2005.

2. Plaintiff's motion for class certification shall be filed by December 9, 2005, to which Defendants shall respond by January 2, 2006.

3. All written discovery and non-expert depositions shall be completed by April 28, 2006.

4. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by May 12, 2006.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 22, 2006.

6.   All expert depositions shall be completed by July 31, 2006.

IT IS SO ORDERED.

DATED: June 9, 2005

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge

Case 3:05-cv-30017-MAP     Document 14     Filed 06/09/2005     Page 2 of 2