UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES V. RYAN IV, on behalf of himself and on behalf of others similarly situated,<br>　　　　　　　　Plaintiff<br><br>　　　　v.<br><br>ROBERT J. GARVEY, and PATRICK J. CAHILLANE in their individual capacities<br>　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-30017-MAP<br>)<br>)<br>)<br>)<br>) |

REVISED SCHEDULING ORDER
December 12, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS Plaintiff's assented-to Motion to Extend Time (Document No. 17) and revises the schedule as follows:

1. Plaintiff's motion for class certification shall be filed by February 27, 2006, to which Defendants shall respond by March 20, 2006.

2. All written discovery and non-expert depositions shall be completed by June 28, 2006.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by July 12, 2006.

4. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by August 22, 2006.

5. All expert depositions shall be completed by October 2, 2006.

IT IS SO ORDERED.

DATED: December 12, 2005

                                                 /s/ Kenneth P. Neiman  
                                                KENNETH P. NEIMAN  
                                                U.S. Magistrate Judge