UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
CHARLES V. RYAN IV, on behalf of himself )
and on behalf of others similarly situated,        )
      Plaintiffs                                                  )
                                                                    )   Civil Action No. 05-30017-MAP
      v.                                                           )
                                                                    )
ROBERT J. GARVEY, and PATRICK J.         )
CAHILLANE in their individual capacities,     )
      Defendants                                              )
_____)

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME
FOR FILING MOTION FOR CLASS CERTIFICATION**

      Plaintiff moves, pursuant to Fed.R.Civ.P. Rule 6(b), for an enlargement of time by 4 days to file his motion for class certification in the above matter from February 27, 2006 to March 3, 2006 with any opposition to be filed by March 27, 2006. As grounds for this motion, plaintiff states that his counsel needs additional time due to the school vacation week from February 20 through February 24, 2006 and preparing for a trial in the matter of <u>Miller v. City of Boston</u>, C.A. No. 03-10805-JLT, in the District Court of Massachusetts which is scheduled for trial starting on March 13, 2006. As further grounds, the plaintiff states that the defendants assent to this motion.

      WHEREFORE, plaintiff moves this Court to extend the time to file his motion for class certification in the above matter from February 27, 2006 to March 4, 2006 with any opposition to be filed by the defendants by March 27, 2006.

RESPECTFULLY SUBMITTED,
For the plaintiffs,

/s/ Myong J. Joun
_____
Howard Friedman
BBO #180080
Myong J. Joun
BBO #645099
Law Offices of Howard Friedman, P.C.
90 Canal Street, Fifth floor
Boston, MA 02114-2022
T (617) 742-4100
F (617) 742-5858
hfriedman@civil-rights-law.com
mjjoun@civil-rights-law.com

For defendants Robert J. Garvey and
Patrick J. Cahillane,
By: Thomas F. Reilly, Attorney General

/s/ Timothy M. Jones /MJJ
_____
Timothy M. Jones
BBO#618656
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
T (413)784-1240 Ext. 105
F (413)784-1244
timothy.jones@ago.state.ma.us