UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHARLES V. RYAN, IV,            )
      Plaintiff              )
                                  )
      v.                     ) CIVIL ACTION NO. 05-30017-MAP
                                  )
ROBERT J. GARVEY, ET AL,        )
      Defendants             )

ORDER

July 14, 2006

PONSOR, D.J.

    The court has this day allowed Plaintiff's Motion for Class Certification (Dkt. No. 21) and Second Motion to Amend the Class Definition (Dkt. No. 25). Based on counsel's representations, the court orders Plaintiff's counsel to draft and file a joint report on behalf of all parties, no later than July 28, 2006. This report will inform the court of the status of discussions regarding the size of the class and will set forth a detailed schedule for completion of all pretrial proceedings.

    It is So Ordered.

                                              /s/ Michael A. Ponsor
                                            MICHAEL A. PONSOR
                                            United States District Judge