UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
CHARLES V. RYAN IV, on behalf of himself )
and on behalf of others similarly situated, )
         Plaintiffs                 )
                                    )   Civil Action No. 05-30017-MAP
         v.                         )
                                    )
ROBERT J. GARVEY, and PATRICK J.    )
CAHILLANE in their individual capacities, )
         Defendants                 )
_____)

**JOINT REPORT REGARDING CLASS SIZE AND PROPOSED SCHEDULE**

As ordered by the Court, the parties submit the following joint report:

**CLASS SIZE**

1. At the hearing on plaintiffs' motion for class certification on July 14, 2006, based upon information that was available to class counsel, plaintiffs estimated that there were 98 putative class members who were booked into the Jail 102 times during the class period.[1]

2. On July 17, July 26, and July 27, 2006, defendants provided additional information regarding putative class members.

3. The parties now agree that there are approximately 85 class members.

---

[1] One person was booked into the Jail four times during the class period and another person was booked twice.

4. The parties presently agree that 8 people do not fit the class definition.[2]

5. The parties presently disagree whether 6 people who were arrested for violation of parole meet the class definition, but they are continuing to discuss the merits of their positions.

**SETTLEMENT**

6. The parties will immediately engage in settlement negotiations. The parties are fairly optimistic that they will come to an agreement in the near future.

**STATUS CONFERENCE**

7. The parties request a status conference in October 2006. In the event that the parties have not reached a settlement by that time, the parties will request mediation, propose individual damages hearings, or seek other appropriate relief. The parties will also provide the Court with a notice plan as required under Rule 23(c)(2) at the status conference.

---

[2] This is pending defendants' agreement to provide documentation to plaintiffs. There may be additional individuals who do not meet the class definition if individual circumstances provided a reasonable suspicion for the search.

RESPECTFULLY SUBMITTED,
For the plaintiffs,

 /s/ Myong J. Joun
Howard Friedman
BBO #180080
Myong J. Joun
BBO #645099
Law Offices of Howard Friedman, P.C.
90 Canal Street, Fifth floor
Boston, MA 02114-2022
T (617) 742-4100
F (617) 742-5858
hfriedman@civil-rights-law.com
mjjoun@civil-rights-law.com


For defendants Robert J. Garvey and
Patrick J. Cahillane,
By: Thomas F. Reilly, Attorney General

 /s/ Timothy M. Jones /MJJ
Timothy M. Jones
BBO#618656
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
T (413)784-1240 Ext. 105
F (413)784-1244
timothy.jones@ago.state.ma.us