```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

CHARLES V. RYAN, IV,            )
        Plaintiff               )
                                )
        v.                      )  CIVIL ACTION NO. 05-30017-MAP
                                )
ROBERT J. GARVEY, ET AL,        )
        Defendants              )

                    SCHEDULING ORDER

                    October 19, 2006

PONSOR, D.J.

   Counsel appeared on October 17, 2006 for a status conference. At that time, counsel reported that the case had, in substance, been settled, but that a number of logistical issues involving distribution of the settlement proceeds and the responsibility for oversight in the event of problems remained unresolved. Counsel were confident that with further discussions these additional matters could be tied up.

   Based upon this, the court orders the parties to submit a joint status report no later than November 17, 2006. This report will be submitted on behalf of all parties, but it will be authored by counsel for Plaintiff. In the unlikely event counsel are unable to wrap up the remaining logistical issues, the status report may make whatever requests of the court counsel feel are appropriate to assist in resolution.

   It is So Ordered.

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge
```