UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-CV-30017-MAP

_____ )
CHARLES V. RYAN IV on behalf of )
himself and on behalf of others similarly )
situated, )
            Plaintiffs, )
  )
v. )
  )
ROBERT J. GARVEY and PATRICK J. )
CAHILLANE, in their individual capacities, )
  )
            Defendants. )
_____ )

**ENTRY OF APPEARANCE**

      Rosemary Tarantino, Assistant Attorney General for the Commonwealth of Massachusetts, hereby enters an appearance on behalf of the named defendants.

                         **ROBERT J. GARVEY AND**
                         **PATRICK J. CAHILLANE,**
                         **THOMAS F. REILLY**
                         **ATTORNEY GENERAL**

                    By:  <u>/s/ Rosemary Tarantino</u>
                         Rosemary Tarantino
                         Assistant Attorney General
                         Western Massachusetts Division
                         1350 Main Street, 4th Floor
                         Springfield, MA 01103
                         (413)784-1240 ext. 112
                         (413)784-1244 - Fax
                         BBO#492233

<u>CERTIFICATE OF SERVICE</u>

    I, Rosemary Tarantino, hereby certify that on October 25, 2006 that it is my understanding that all counsel of record will be notified and served electronically with the foregoing **ENTRY OF APPEARANCE** via the CM/ECF filing system.

                    /s/Rosemary Tarantino
                    Rosemary Tarantino