UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30017-MAP

| | |
|---|---|
| CHARLES V. RYAN IV on behalf of himself and behalf of others similarly situated,<br>　　　　Plaintiffs,<br><br>v.<br><br>ROBERT J. GARVEY and PATRICK J. CAHILLANE in their individual capacities,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISAPPEARANCE**

Please enter my disappearance for the defendants in the above captioned matter.

　　　　　　　　　　　　　　　　**THE DEFENDANTS**
　　　　　　　　　　　　　　　　By their attorney,
　　　　　　　　　　　　　　　　**THOMAS F. REILLY**
　　　　　　　　　　　　　　　　**ATTORNEY GENERAL**


　　　　　　　　　　　　　　　　/s/ Timothy M. Jones
　　　　　　　　　　　　　　　　Timothy M. Jones
　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　Western Massachusetts Division
　　　　　　　　　　　　　　　　1350 Main Street
　　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　　Tel: (413) 784-1240/Fax: (413) 784-1244
DATED: October 31, 2006　　　　BBO #617656

CERTIFICATE OF SERVICE

    I, Timothy M. Jones, hereby certify that on October 31, 2006 that it is my understanding that all counsel of record will be notified and served electronically with the foregoing *Notice of Disappearance* via the CM/ECF filing system.

<u>/s/Timothy M. Jones</u>
Timothy M. Jones