UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES V. RYAN IV, on behalf of himself ) <br> and on behalf of others similarly situated, ) <br>       Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ROBERT J. GARVEY, and PATRICK J. ) <br> CAHILLANE in their individual capacities, ) <br>       Defendants ) | Civil Action No. 05-30017-MAP |

## JOINT REPORT REGARDING SETTLEMENT

As ordered by the Court, the parties submit this joint report to inform the Court that the parties are near to signing a settlement agreement in this case. The parties therefore request a hearing in January 2007 for preliminary approval of the settlement, the notice forms and the notice plan. Counsel for the plaintiffs will file a motion for preliminary approval by December 29, 2006.

RESPECTFULLY SUBMITTED,
For the plaintiffs,

 /s/ Myong J. Joun
Howard Friedman
BBO #180080
Myong J. Joun
BBO #645099
Law Offices of Howard Friedman, P.C.
90 Canal Street, Fifth floor
Boston, MA 02114-2022
T (617) 742-4100
F (617) 742-5858
hfriedman@civil-rights-law.com
mjjoun@civil-rights-law.com

For defendants Robert J. Garvey and
Patrick J. Cahillane,
By: Thomas F. Reilly, Attorney General

/s/ Rosemary Tarantino
Rosemary Tarantino
BBO #492233
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
T (413)784-1240 Ext. 112
F (413)784-1244
rosemary.tarantino@ago.state.ma.us