UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES V. RYAN IV, on behalf of himself and on behalf of others similarly situated,<br>　　　　Plaintiffs<br><br>　　　　v.<br><br>ROBERT J. GARVEY, and PATRICK J. CAHILLANE in their individual capacities,<br>　　　　Defendants | Civil Action No. 05-30017-MAP |

### ASSENTED TO MOTION TO RESCHEDULE FAIRNESS HEARING FROM JUNE 8, 2007 TO JUNE 22, 2007

The plaintiffs in the above-entitled action respectfully move this Honorable Court to grant a continuance of the fairness hearing, presently scheduled for June 8, 2007 to June 22, 2007 for the following reasons:

1.　The fairness hearing in this matter is currently scheduled for Friday, June 8, 2007.

2.　Counsel for the plaintiff class is scheduled to begin a jury trial in the matter of Howes v. Chesley, et al., Middlesex Superior Court, C.A. No. 01-2079, on Monday, June 4, 2007. The trial is expected to last approximately two weeks.

3.　Because Howes is a 2001 case, the court has stated that the trial will not be continued again and will definitely start on June 4, 2007.

4.　No prejudice will result to any party from the requested continuance. The defendants have assented to this motion.

WHEREFORE, the plaintiffs request that the Court reschedule the fairness hearing currently scheduled for June 8, 2007 to June 22, 2007.

                    RESPECTFULLY SUBMITTED,
                    For the plaintiffs,

                     /s/ Myong J. Joun
                    Howard Friedman
                    BBO #180080
                    Myong J. Joun
                    BBO #645099
                    Law Offices of Howard Friedman, P.C.
                    90 Canal Street, Fifth floor
                    Boston, MA 02114-2022
                    T (617) 742-4100
                    F (617) 742-5858
                    hfriedman@civil-rights-law.com
                    mjjoun@civil-rights-law.com


ASSENTED TO:              For defendants Robert J. Garvey and
                                  Patrick J. Cahillane,
                                  By: Thomas F. Reilly, Attorney General

                                  /s/ Rosemary Tarantino
                                Rosemary Tarantino
                                BBO #492233
                                Assistant Attorney General
                                Western Massachusetts Division
                                1350 Main Street, 4th Floor
                                Springfield, MA 01103
                                T (413)784-1240 Ext. 112
                                F (413)784-1244
                                rosemary.tarantino@ago.state.ma.us

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES V. RYAN IV, on behalf of himself and on behalf of others similarly situated, Plaintiffs<br><br>v.<br><br>ROBERT J. GARVEY, and PATRICK J. CAHILLANE in their individual capacities, Defendants | Civil Action No. 05-30017-MAP |

### AFFIDAVIT OF MYONG J. JOUN

I, Myong J. Joun, upon oath depose and state as follows:

1. Attorney Howard Friedman and I represent the plaintiff class in the above-referenced matter.

2. On January 10, 2007, I conferred with Attorney Rosemary Tarantino, counsel for the defendants, with regard to the attached motion. The defendants assent to the motion.

3. Attorney Howard Friedman and I are scheduled to begin a jury trial in the matter of Howes v. Chesley, et al., Middlesex Superior Court, C.A. No. 01-2079, on Monday, June 4, 2007.

4. Howes is a 2001 case. The court in Howes has stated that the trial will not be continued again and will definitely start on June 4, 2007.

5. The trial is expected to last approximately two weeks.

Sworn under the pains and penalties of perjury this 11th day of January 2007,

/s/ Myong J. Joun
Myong J. Joun