UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES V. RYAN IV, on behalf of himself and on behalf of others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ROBERT J. GARVEY, and PATRICK J. CAHILLANE in their individual capacities,<br><br>Defendants | Civil Action No. 05-30017-MAP |

## MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Class representative Charles V. Ryan, IV, on behalf of the plaintiff class, moves this Court to grant final approval to the settlement of this class action, to find that the settlement is "fair, reasonable and adequate" pursuant to Fed.R.Civ.P. 23(e).

As grounds for the motion, plaintiffs refer the Court to the accompanying memorandum in support of plaintiffs' motion for final approval of class settlement and exhibits filed in support of this motion.

WHEREFORE, plaintiffs move this Court to find that the *Settlement Agreement*, including the provision for bonuses and attorney's fees, is fair, reasonable and adequate, grant final approval of the settlement and issue orders as detailed in the attached Proposed Order.

|  |  |
|---|---|
|  | **RESPECTFULLY SUBMITTED,** |
|  | For the Plaintiff, and the class, |
| Date: <u>June 15, 2007</u> | /s/ Howard Friedman |

Howard Friedman
BBO #180080
Myong J. Joun
BBO #645099
Law Offices of Howard Friedman, P.C.
90 Canal Street, Fifth floor
Boston, MA 02114-2022
T (617) 742-4100
F (617) 742-5858
hfriedman@civil-rights-law.com
mjjoun@civil-rights-law.com